**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT Derrick Taylor Nairn                    USAO# 2017R00622

_/ MAGISTRATE'S NO. _____        _/ DOCKET NO. (If Superseding Indictment) CR 18-5094BHS

***********************************************************************************************

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X / yes   _/ no

IF YES:

   _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

***   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

   X / A DETENTION ORDER HAS BEEN ENTERED.

   ***   _/ TEMPORARY DETENTION

   ***   X / PERMANENT DETENTION

      _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
      CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
      DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

   _/ SERVING A FEDERAL SENTENCE AT _____

   _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

   _/ PENDING STATE CHARGES AT _____

***********************************************************************************************

### III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                                            (Date)

   DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                                  (Date)

   DEFENSE ATTORNEY'S NAME: Thomas Weaver

   DEFENSE ATTORNEY'S ADDRESS: PO Box 1056 Bremerton WA 98337

***********************************************************************************************

### IV. CONDITIONS OF RELEASE

   _/ NOT PREVIOUSLY SET, SHOULD BE: Detention
                                      [e.g., P.R.; BAIL (listing conditions); DETENTION]

   X / PREVIOUSLY SET, SHOULD BE:

      _/ CONTINUE CONDITIONS OF RELEASE

      x / CONTINUE DETENTION

      _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

***********************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes   X / No

***********************************************************************************************

THE ESTIMATED TRIAL TIME IS 5 _____ TRIAL DAYS.        04/10/2018 _____
                                                         (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

## I.  CASE STATUS

NAME OF DEFENDANT  Jessica Plascencia Hernandez                    USAO#  2017R00622

_/ MAGISTRATE'S NO. _____          _/ DOCKET NO. (If Superseding Indictment) CR  18-5094

******************************************************************************

## II.  CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X / yes    _/ no

IF YES:

      X / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  BOND

  ***   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

      _/ A DETENTION ORDER HAS BEEN ENTERED.

     ***   _/ TEMPORARY DETENTION

     ***   _/ PERMANENT DETENTION

        _/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
          (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

      _/ SERVING A FEDERAL SENTENCE AT _____

      _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

      _/ PENDING STATE CHARGES AT _____.

******************************************************************************

## III.  ARRAIGNMENT

_/ WARRANT TO ISSUE.    (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                    (Date)

      DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                              (Date)

      DEFENSE ATTORNEY'S NAME:  PAULA TUCKFIELD OLSON

      DEFENSE ATTORNEY'S ADDRESS:  4020 North Vassault Street, TACOMA WA 98407

******************************************************************************

## IV.  CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____
                        [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

        X / CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

******************************************************************************

HAS THE FPD represented any subject or witness in this case?    _/ Yes  X / No

******************************************************************************

THE ESTIMATED TRIAL TIME IS 5 _____ TRIAL DAYS.     04/10/2018
                                        (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT  Jose Margarito Maldonado                    USAO# 2017R00622

_/ MAGISTRATE'S NO. _____     X / DOCKET NO. (If Superseding Indictment) CR  18-5094BHS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes   _/ no
IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  \*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    X / A DETENTION ORDER HAS BEEN ENTERED.

    \*\*\*  _/ TEMPORARY DETENTION

    \*\*\*  X / PERMANENT DETENTION

      _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
      (Date)
    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
      (Date)
    DEFENSE ATTORNEY'S NAME:  Phil Brennan
    DEFENSE ATTORNEY'S ADDRESS:  422 YALE AVENUE N. SEATTLE, WA 98109

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### IV. CONDITIONS OF RELEASE

  X / NOT PREVIOUSLY SET, SHOULD BE: Detention _____.
      [e.g., P.R.; BAIL (listing conditions); DETENTION]

  _/ PREVIOUSLY SET, SHOULD BE:

    _/ CONTINUE CONDITIONS OF RELEASE

    _/ CONTINUE DETENTION

    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   _/ Yes  X / No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  5 _____ TRIAL DAYS.   04/10/2018
      (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Lebret Marquies Richardson          USAO# 2017R00622

_/ MAGISTRATE'S NO. _____          X / DOCKET NO. (If Superseding Indictment) CR  18-5094BHS _____

**************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes  _/ no

IF YES:

     _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  ***  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    X / A DETENTION ORDER HAS BEEN ENTERED.

      ***  _/ TEMPORARY DETENTION

      ***  X / PERMANENT DETENTION

        _/  IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
          (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

**************************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
          (Date)

    DEFENDANT'S ADDRESS: _____.

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
          (Date)

    DEFENSE ATTORNEY'S NAME: Karen Unger _____

    DEFENSE ATTORNEY'S ADDRESS: 332 E 5th Street, Port Angeles, WA 98362 _____

**************************************************************************************

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
          [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

        _/ CONTINUE CONDITIONS OF RELEASE

        x / CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

**************************************************************************************

HAS THE FPD represented any subject or witness in this case?  _/ Yes  X / No

**************************************************************************************

THE ESTIMATED TRIAL TIME IS 5 _____ TRIAL DAYS.   04/10/2018 _____
                            (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT  Andrew Young                                  USAO# 2017R00622

_/ MAGISTRATE'S NO. _____          _/ DOCKET NO. (If Superseding Indictment) CR  18-5094BHS

*******************************************************************************************

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  ×/ yes   _/ no

IF YES:

  _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

 *** _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

  ×/ A DETENTION ORDER HAS BEEN ENTERED.

  *** _/ TEMPORARY DETENTION

  *** ×/ PERMANENT DETENTION

   _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
    CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
    DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

  _/ SERVING A FEDERAL SENTENCE AT _____.

  _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

  _/ PENDING STATE CHARGES AT _____.

*******************************************************************************************

### III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
             (Date)

  DEFENDANT'S ADDRESS: _____

×/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
               (Date)

  DEFENSE ATTORNEY'S NAME:  JOHN HENRY BROWNE _____

  DEFENSE ATTORNEY'S ADDRESS:  800 NORTON BUILDING SEATTLE WA 98104 _____

*******************************************************************************************

### IV. CONDITIONS OF RELEASE

  _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
            [e.g., P.R.; BAIL (listing conditions); DETENTION]

  ×/ PREVIOUSLY SET, SHOULD BE:

    _/ CONTINUE CONDITIONS OF RELEASE

    ×/ CONTINUE DETENTION

    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*******************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes  ×/ No

*******************************************************************************************

THE ESTIMATED TRIAL TIME IS  5 _____ TRIAL DAYS.  04/10/2018 _____
                  (Date Form filled out)

                  (Revised June 2000)

**<u>DEFENDANT STATUS SHEET</u>** (One for <u>each</u> defendant)

## I. <u>CASE STATUS</u>

NAME OF DEFENDANT  Lisa A. Adams _____  USAO# __2017R00622__

__/ MAGISTRATE'S NO. _____   __/ DOCKET NO. (If Superseding Indictment) CR __18-5094BHS_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. <u>CUSTODIAL STATUS</u>

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  <u>X</u>/ yes    __/ no

IF YES:

      <u>X</u>/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  BOND _____

  **\*\*\***  __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

      __/ A DETENTION ORDER HAS BEEN ENTERED.

     **\*\*\***  __/ TEMPORARY DETENTION

     **\*\*\***  __/ PERMANENT DETENTION

        __/  IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
          (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

      __/ SERVING A FEDERAL SENTENCE AT _____

      __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____

      __/ PENDING STATE CHARGES AT _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. <u>ARRAIGNMENT</u>

__/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
          (Date)

      DEFENDANT'S ADDRESS: _____

<u>X</u>/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
          (Date)

      DEFENSE ATTORNEY'S NAME:  CHRIS BLACK _____

      DEFENSE ATTORNEY'S ADDRESS:  705 Second Avenue STE 111, Seattle, WA 98104 _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IV. <u>CONDITIONS OF RELEASE</u>

      __/ NOT PREVIOUSLY SET, SHOULD BE: _____
              [e.g., P.R.; BAIL (listing conditions); DETENTION]

      <u>X</u>/ PREVIOUSLY SET, SHOULD BE:

          <u>X</u>/ CONTINUE CONDITIONS OF RELEASE

          __/ CONTINUE DETENTION

          __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   __/ Yes  <u>X</u>/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS __5__ TRIAL DAYS.     04/10/18 _____
                         (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for <u>each</u> defendant)

I. CASE STATUS

NAME OF DEFENDANT   David Beeman _____   USAO# __2017R00622___

__/ MAGISTRATE'S NO. _____   __/ DOCKET NO. (If Superseding Indictment) CR__ 18-5094BHS _____ .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? <u>X</u>/ yes   __/ no

IF YES:

        __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  \*\*\*   __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____ .

     <u>X</u>/ A DETENTION ORDER HAS BEEN ENTERED.

      \*\*\*  __/ TEMPORARY DETENTION

      \*\*\*  <u>X</u>/ PERMANENT DETENTION

          __/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____ .
             (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

      __/ SERVING A FEDERAL SENTENCE AT _____

      __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____ .

      __/ PENDING STATE CHARGES AT _____ .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

__/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                           (Date)

     DEFENDANT'S ADDRESS: _____

<u>X</u>/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                (Date)

     DEFENSE ATTORNEY'S NAME: David Hammerstad _____

     DEFENSE ATTORNEY'S ADDRESS: 1111 Third Avenue Ste 2220 Seattle WA 98101 _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

     __/ NOT PREVIOUSLY SET, SHOULD BE: _____ .
                              [e.g., P.R.; BAIL (listing conditions); DETENTION]

     <u>X</u>/ PREVIOUSLY SET, SHOULD BE:

          __/ CONTINUE CONDITIONS OF RELEASE

          <u>x</u>/ CONTINUE DETENTION

          __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case? __/ Yes   <u>X</u>/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS __5__ TRIAL DAYS.   04/10/2018 _____ \
                                         (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for <u>each</u> defendant)

### I. CASE STATUS

NAME OF DEFENDANT   Ian Edward Distrito                          USAO#   2017R00622

__/ MAGISTRATE'S NO. _____        __/ DOCKET NO. (If Superseding Indictment) CR   18-5094BHS

********************************************************************************************

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X_/ yes    X_/ no

IF YES:

       X_/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:   BOND _____

  ***   __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

       __/ A DETENTION ORDER HAS BEEN ENTERED.

     ***  __/ TEMPORARY DETENTION

     ***  __/ PERMANENT DETENTION

       __/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____. (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

       __/ SERVING A FEDERAL SENTENCE AT _____

       __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

       __/ PENDING STATE CHARGES AT _____

********************************************************************************************

### III. ARRAIGNMENT

__/ WARRANT TO ISSUE.    (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
(Date)

      DEFENDANT'S ADDRESS: _____

X_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
(Date)

      DEFENSE ATTORNEY'S NAME:  SEAN GILLESPIE _____

      DEFENSE ATTORNEY'S ADDRESS:  600 1st Ave Suite LL08 Seattle, WA 98104 _____

********************************************************************************************

### IV. CONDITIONS OF RELEASE

      __/ NOT PREVIOUSLY SET, SHOULD BE: _____
[e.g., P.R.; BAIL (listing conditions); DETENTION]

      X_/ PREVIOUSLY SET, SHOULD BE:

          X_/ CONTINUE CONDITIONS OF RELEASE

          __/ CONTINUE DETENTION

          __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

********************************************************************************************

HAS THE FPD represented any subject or witness in this case?    __/ Yes   X_/ No

********************************************************************************************

THE ESTIMATED TRIAL TIME IS  5  _____ TRIAL DAYS.        04/10/2018 _____
(Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT  Shaine Rodney Jardine _____   USAO# 2017R00622 _____

__/ MAGISTRATE'S NO. _____   __/ DOCKET NO. (If Superseding Indictment) CR 18-5094BHS _____

*********************************************************************************************

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X/ yes __/ no
IF YES:

       __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  \*\*\*  __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____ .

    X/ A DETENTION ORDER HAS BEEN ENTERED.

      \*\*\*  __/ TEMPORARY DETENTION

      \*\*\*  X / PERMANENT DETENTION

          __/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____ .
                  (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

       __/ SERVING A FEDERAL SENTENCE AT _____

       __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____ .

       __/ PENDING STATE CHARGES AT _____ .

*********************************************************************************************

### III. ARRAIGNMENT

__/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                       (Date)

      DEFENDANT'S ADDRESS: _____

X/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                  (Date)

      DEFENSE ATTORNEY'S NAME: James Feldman _____

      DEFENSE ATTORNEY'S ADDRESS: 4947 North Pearl Street Ruston WA 98407 _____

*********************************************************************************************

### IV. CONDITIONS OF RELEASE

      __/ NOT PREVIOUSLY SET, SHOULD BE: _____ .
                              [e.g., P.R.; BAIL (listing conditions); DETENTION]

      X/ PREVIOUSLY SET, SHOULD BE:

          __/ CONTINUE CONDITIONS OF RELEASE

          x / CONTINUE DETENTION

          __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*********************************************************************************************

HAS THE FPD represented any subject or witness in this case?   __/ Yes  X/ No

*********************************************************************************************

THE ESTIMATED TRIAL TIME IS 5 _____ TRIAL DAYS.   04/10/2018 _____
                                             (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

## I. CASE STATUS

NAME OF DEFENDANT   Arthur Alonzo Jefferson          USAO# 2017R00622

_/ MAGISTRATE'S NO. _____          _/ DOCKET NO. (If Superseding Indictment) CR 18-5094BHS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X/ yes   _/ no

IF YES:

   X/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:   BOND

\*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

   _/ A DETENTION ORDER HAS BEEN ENTERED.

   \*\*\*   _/ TEMPORARY DETENTION

   \*\*\*   _/ PERMANENT DETENTION

      _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
         CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
         DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
         (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

   _/ SERVING A FEDERAL SENTENCE AT _____.

   _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

   _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                                          (Date)
   DEFENDANT'S ADDRESS: _____

X/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                               (Date)
   DEFENSE ATTORNEY'S NAME:   Terrence Kellogg

   DEFENSE ATTORNEY'S ADDRESS:   P.O. Box 70819 Seattle, WA 98127

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IV. CONDITIONS OF RELEASE

   _/ NOT PREVIOUSLY SET, SHOULD BE: _____
                                     [e.g., P.R.; BAIL (listing conditions); DETENTION]

   X/ PREVIOUSLY SET, SHOULD BE:

      X/ CONTINUE CONDITIONS OF RELEASE

      _/ CONTINUE DETENTION

      _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   _/ Yes   X/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  5  TRIAL DAYS.     04/10/2018
                                                          (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

## I. CASE STATUS

NAME OF DEFENDANT  Deandre A. Jones                          USAO# 2017R00622

__/ MAGISTRATE'S NO. _____      __/ DOCKET NO. (If Superseding Indictment) CR  18-5094BHS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X/ yes   __/ no

IF YES:

       __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  \*\*\*  __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

     X/ A DETENTION ORDER HAS BEEN ENTERED.

      \*\*\*  __/ TEMPORARY DETENTION

      \*\*\*  X/ PERMANENT DETENTION

        __/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
            (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

      __/ SERVING A FEDERAL SENTENCE AT _____

      __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

      __/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. ARRAIGNMENT

__/ WARRANT TO ISSUE.    (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                    (Date)

     DEFENDANT'S ADDRESS: _____

X/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                              (Date)

     DEFENSE ATTORNEY'S NAME:  Gilbert Levy _____

     DEFENSE ATTORNEY'S ADDRESS:  2125 Western Avenue Market Place One, STE 330 Seattle, WA 98121

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IV. CONDITIONS OF RELEASE

    __/ NOT PREVIOUSLY SET, SHOULD BE: _____
                            [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X/ PREVIOUSLY SET, SHOULD BE:

        __/ CONTINUE CONDITIONS OF RELEASE

        x/ CONTINUE DETENTION

        __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?  __/ Yes  X/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  5 _____ TRIAL DAYS.       4/10/18
                                    (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

## I. CASE STATUS

NAME OF DEFENDANT  Shannon M. Leupold                    USAO#  2017R00622

_/ MAGISTRATE'S NO. _____        _/ DOCKET NO. (If Superseding Indictment) CR  18-5094BHS

***********************************************************************************************

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X / yes    _/ no
IF YES:

      X / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  bond

   ***   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

     _/ A DETENTION ORDER HAS BEEN ENTERED.

       ***   _/ TEMPORARY DETENTION

       ***   _/ PERMANENT DETENTION

        _/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
          (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

     _/ SERVING A FEDERAL SENTENCE AT _____.

     _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

     _/ PENDING STATE CHARGES AT _____.

***********************************************************************************************

## III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                    (Date)

     DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                               (Date)

     DEFENSE ATTORNEY'S NAME:  KEVIN ATWOOD PECK

     DEFENSE ATTORNEY'S ADDRESS:  1423 WESTERN AVENUE SEATTLE WA 98101

***********************************************************************************************

## IV. CONDITIONS OF RELEASE

     _/ NOT PREVIOUSLY SET, SHOULD BE: _____
                           [e.g., P.R.; BAIL (listing conditions); DETENTION]

     X / PREVIOUSLY SET, SHOULD BE:

        X / CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

***********************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes  X / No

***********************************************************************************************

THE ESTIMATED TRIAL TIME IS  5 _____ TRIAL DAYS.     04/10/2018
                                           (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

## I. CASE STATUS

NAME OF DEFENDANT  Rijaona C. Lashae Lindsey                    USAO# 2017R00622

__/ MAGISTRATE'S NO. _____        X / DOCKET NO. (If Superseding Indictment) CR  18-5094BHS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes  __/ no
IF YES:

X / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  BOND

\*\*\*  __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

__/ A DETENTION ORDER HAS BEEN ENTERED.

\*\*\*  __/ TEMPORARY DETENTION

\*\*\*  __/ PERMANENT DETENTION

__/  IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
(Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

__/ SERVING A FEDERAL SENTENCE AT _____

__/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

__/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. ARRAIGNMENT

__/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                                                  (Date)
DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                                      (Date)
DEFENSE ATTORNEY'S NAME:  Timothy Lohraff _____

DEFENSE ATTORNEY'S ADDRESS:  1001 Fourth Avenue Suite 3200 Seattle WA 98154

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IV. CONDITIONS OF RELEASE

__/ NOT PREVIOUSLY SET, SHOULD BE: _____
                                        [e.g., P.R.; BAIL (listing conditions); DETENTION]

X / PREVIOUSLY SET, SHOULD BE:

X / CONTINUE CONDITIONS OF RELEASE

__/ CONTINUE DETENTION

__/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   __/ Yes  X / No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS 5 _____ TRIAL DAYS.        4/10/18 _____
                                                              (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for <u>each</u> defendant)

I. <u>CASE STATUS</u>

NAME OF DEFENDANT    <u>Laura Ann Palpallatoc</u>       USAO#   <u>2017R00622</u>

_/ MAGISTRATE'S NO. _____    _/ DOCKET NO. (If Superseding Indictment) CR   <u>18-5094BHS</u>

******************************************************************************

II. <u>CUSTODIAL STATUS</u>

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? <u>x</u>/ yes   _/ no

IF YES:

     _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

**\*\*\***   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

     <u>x</u>/ A DETENTION ORDER HAS BEEN ENTERED.

     **\*\*\***   _/ TEMPORARY DETENTION

     **\*\*\***   <u>x</u>/ PERMANENT DETENTION

       _/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
       (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

     _/ SERVING A FEDERAL SENTENCE AT _____

     _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____

     _/ PENDING STATE CHARGES AT _____

******************************************************************************

III. <u>ARRAIGNMENT</u>

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
           (Date)

     DEFENDANT'S ADDRESS: _____

<u>x</u>/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
               (Date)

     DEFENSE ATTORNEY'S NAME:   Nick Marchi

     DEFENSE ATTORNEY'S ADDRESS:   108 South Washington Street Ste 406 Seattle, WA 98104

******************************************************************************

IV. <u>CONDITIONS OF RELEASE</u>

     _/ NOT PREVIOUSLY SET, SHOULD BE: _____
                   [e.g., P.R.; BAIL (listing conditions); DETENTION]

     <u>x</u>/ PREVIOUSLY SET, SHOULD BE:

         _/ CONTINUE CONDITIONS OF RELEASE

         <u>x</u>/ CONTINUE DETENTION

         _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

******************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes   <u>x</u>/ No

******************************************************************************

THE ESTIMATED TRIAL TIME IS <u>5</u> TRIAL DAYS.     <u>4/10/18</u>
                                    (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

## I. CASE STATUS

NAME OF DEFENDANT   Souriyanh Pasomsouk                    USAO#   2017R00622

__/ MAGISTRATE'S NO. _____   __/ DOCKET NO. (If Superseding Indictment) CR   18-5094BHS

*******************************************************************************************

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   X/ yes   __/ no

IF YES:

       __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  ***  __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    X/ A DETENTION ORDER HAS BEEN ENTERED.

      ***  __/ TEMPORARY DETENTION

      ***  X/ PERMANENT DETENTION

          __/  IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
              (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    __/ SERVING A FEDERAL SENTENCE AT _____.

    __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    __/ PENDING STATE CHARGES AT _____.

*******************************************************************************************

## III. ARRAIGNMENT

__/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
              (Date)

    DEFENDANT'S ADDRESS: _____

X/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                  (Date)

    DEFENSE ATTORNEY'S NAME:   Richard Warner

    DEFENSE ATTORNEY'S ADDRESS:   701 Fifth Avenue, Suite 4200 Seattle WA 98401

*******************************************************************************************

## IV. CONDITIONS OF RELEASE

    __/ NOT PREVIOUSLY SET, SHOULD BE: _____.
                  [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X/ PREVIOUSLY SET, SHOULD BE:

        __/ CONTINUE CONDITIONS OF RELEASE

        x / CONTINUE DETENTION

        __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*******************************************************************************************

HAS THE FPD represented any subject or witness in this case?   __/ Yes   X/ No

*******************************************************************************************

THE ESTIMATED TRIAL TIME IS  5  TRIAL DAYS.    04/10/2018
                                     (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT ___Chad Stahlman_____   USAO# ___2017R00622_____

_/ MAGISTRATE'S NO. _____   _/ DOCKET NO. (If Superseding Indictment) CR __18-5094_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? _/ yes  X/ no
IF YES:

      _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

\*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

      _/ A DETENTION ORDER HAS BEEN ENTERED.

      \*\*\*  _/ TEMPORARY DETENTION

      \*\*\*  _/ PERMANENT DETENTION

        _/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
          (Date)

X/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    X/ PENDING STATE CHARGES AT _WA DOC_____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

X/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                     (Date)

DEFENDANT'S ADDRESS: _SUMMONS BEING SIGNED 4/10/18 TO DOC BY Judge Creatura_

_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                     (Date)

DEFENSE ATTORNEY'S NAME: _____

DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### IV. CONDITIONS OF RELEASE

    X/ NOT PREVIOUSLY SET, SHOULD BE: _Detention_____.
                            [e.g., P.R.; BAIL (listing conditions); DETENTION]

    _/ PREVIOUSLY SET, SHOULD BE:

        _/ CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case? _/ Yes  X/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS _5_____ TRIAL DAYS.   __04/10/2018_____
                                    (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET**  (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT  Cori Trombley                         USAO#  2017R00622

_/ MAGISTRATE'S NO. _____         _/ DOCKET NO. (If Superseding Indictment) CR  18-5094BHS

**************************************************************************************************

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X / yes    _/ no

IF YES:

      X / DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  BOND

  ***  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

      _/ A DETENTION ORDER HAS BEEN ENTERED.

     ***  _/ TEMPORARY DETENTION

     ***  _/ PERMANENT DETENTION

      _/    IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
              CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
              DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
              (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

      _/ SERVING A FEDERAL SENTENCE AT _____

      _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

      _/ PENDING STATE CHARGES AT _____

**************************************************************************************************

### III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                    (Date)

    DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                         (Date)

    DEFENSE ATTORNEY'S NAME:  Catherine Chaney

    DEFENSE ATTORNEY'S ADDRESS:  2101 4th Avenue, Suite 1900 Seattle, WA 98121

**************************************************************************************************

### IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
                       [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X / PREVIOUSLY SET, SHOULD BE:

        X / CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

**************************************************************************************************

HAS THE FPD represented any subject or witness in this case?    _/ Yes   X / No

**************************************************************************************************

THE ESTIMATED TRIAL TIME IS  5  TRIAL DAYS.          04/10/2018
                              (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT  Seresa M. Walters _____        USAO#  2017R00622 _____

__/ MAGISTRATE'S NO. _____        __/ DOCKET NO. (If Superseding Indictment) CR  18-5094BHS _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X / yes    __/ no

IF YES:

       __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  \*\*\*  __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

      X / A DETENTION ORDER HAS BEEN ENTERED.

      \*\*\*  __/ TEMPORARY DETENTION

      \*\*\*  X / PERMANENT DETENTION

          __/    IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____. (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

      __/ SERVING A FEDERAL SENTENCE AT _____.

      __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

      __/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. ARRAIGNMENT

__/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                           (Date)

      DEFENDANT'S ADDRESS: _____

X / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                      (Date)

      DEFENSE ATTORNEY'S NAME:  Thomas Cena _____

      DEFENSE ATTORNEY'S ADDRESS:  3929 Bridgeport Way W#304 University Place, WA 98466 _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### IV. CONDITIONS OF RELEASE

    X / NOT PREVIOUSLY SET, SHOULD BE:  Detention _____
                                  [e.g., P.R.; BAIL (listing conditions); DETENTION]

    __/ PREVIOUSLY SET, SHOULD BE:

        __/ CONTINUE CONDITIONS OF RELEASE

        __/ CONTINUE DETENTION

        __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   __/ Yes   X / No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  5 _____ TRIAL DAYS.        04/10/18 _____
                                                (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Crystal Weaver                              USAO#  2017R00622

_/ MAGISTRATE'S NO. _____          _/ DOCKET NO. (If Superseding Indictment) CR  18-5094BHS

*********************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X_/ yes   _/ no
IF YES:

     _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS : _____

\*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    X_/ A DETENTION ORDER HAS BEEN ENTERED.

   \*\*\*   _/ TEMPORARY DETENTION

   \*\*\*   x_/ PERMANENT DETENTION

     _/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
     CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
     DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
     (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____

*********************************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                (Date)

    DEFENDANT'S ADDRESS: _____

X_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                      (Date)

    DEFENSE ATTORNEY'S NAME:  Emily Gause

    DEFENSE ATTORNEY'S ADDRESS:  130 Andover Park E Suite 300 Tukwila, WA 98188

*********************************************************************************************

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
                    [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X_/ PREVIOUSLY SET, SHOULD BE:

       _/ CONTINUE CONDITIONS OF RELEASE

       x_/ CONTINUE DETENTION

       _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*********************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes   X_/ No

*********************************************************************************************

THE ESTIMATED TRIAL TIME IS  5  _____ TRIAL DAYS.      04/10/2018
                                (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

## I. CASE STATUS

NAME OF DEFENDANT  Jack Ny Yim                          USAO# 2017R00622

__/ MAGISTRATE'S NO. _____      __/ DOCKET NO. (If Superseding Indictment) CR 18-5094BHS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? X / yes  __/ no

IF YES:

      __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  \*\*\*  __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    X/ A DETENTION ORDER HAS BEEN ENTERED.

    \*\*\*  __/ TEMPORARY DETENTION

    \*\*\*  X / PERMANENT DETENTION

        __/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
        (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    __/ SERVING A FEDERAL SENTENCE AT _____

    __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    __/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. ARRAIGNMENT

__/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                                     (Date)

    DEFENDANT'S ADDRESS: _____

X/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                          (Date)

    DEFENSE ATTORNEY'S NAME: Stephan Illa

    DEFENSE ATTORNEY'S ADDRESS: PO BOX 10033 Seattle, WA 98110

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IV. CONDITIONS OF RELEASE

    __/ NOT PREVIOUSLY SET, SHOULD BE: _____
                                  [e.g., P.R.; BAIL (listing conditions); DETENTION]

    X/ PREVIOUSLY SET, SHOULD BE:

        __/ CONTINUE CONDITIONS OF RELEASE

        x / CONTINUE DETENTION

        __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?  __/ Yes  X / No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS 5 _____ TRIAL DAYS.   04/10/2018 _____
                                                          (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET**  (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT  Craig Allen Fellers          USAO#  2017R00622

_X_/ MAGISTRATE'S NO.  MJ18-5076JRC          _/ DOCKET NO. (If Superseding Indictment) CR _____

*********************************************************************************

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _X_/ yes   _/ no
IF YES:

      _X_/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS:  BOND _____

  ***  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

      _/ A DETENTION ORDER HAS BEEN ENTERED.

    ***  _/ TEMPORARY DETENTION

    ***  _/ PERMANENT DETENTION

        _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
          (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

*********************************************************************************

### III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
             (Date)

    DEFENDANT'S ADDRESS: _____

_X_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
              (Date)

    DEFENSE ATTORNEY'S NAME:  WAYNE FRICKE

    DEFENSE ATTORNEY'S ADDRESS:  1008 S Yakima Ave # 302, Tacoma, WA 98405

*********************************************************************************

### IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____.
              [e.g., P.R.; BAIL (listing conditions); DETENTION]

    _X_/ PREVIOUSLY SET, SHOULD BE:

        _X_/ CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*********************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes  _X_/ No

*********************************************************************************

THE ESTIMATED TRIAL TIME IS  5 _____ TRIAL DAYS.          04/10/2018
                                         (Date Form filled out)

(Revised June 2000)